IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JAMES M. WELDEN, | ) | |
| Plaintiff | ) | |
| v. | ) | No. 3:05-cv-422 |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) | |
| Defendant | ) | |

## **MEMORANDUM AND ORDER**

This matter is presently before the court on the Report and Recommendation (R&R) [Doc. 15] filed by the Honorable H. Bruce Guyton, United States Magistrate Judge, on May 11, 2006, in which he recommended that plaintiff's motion for judgment on the administrative record [Doc. 7] be denied and that the Commissioner's motion for summary judgment [Doc. 12] be granted. There have been no timely objections filed by plaintiff to the R&R. *See* Fed. R. Civ. P. 72(b); *see also* 28 U.S.C. § 636(b)(1).

After a careful review of this case, the court is in complete agreement with Judge Guyton that substantial evidence on the record as a whole supports the

finding of the administrative law judge that plaintiff could perform his past work as a construction superintendent. Accordingly, the R&R is hereby ACCEPTED IN WHOLE whereby: (1) plaintiff's motion for judgment on the administrative record [Doc. 7] is DENIED; (2) the Commissioner's motion for summary judgment [Doc. 12] is GRANTED; and (3) this case is DISMISSED.

**E N T E R :**

              ***s/ James H. Jarvis***
              UNITED STATES DISTRICT JUDGE